UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUNTRELL CALDERON,

          Plaintiff,

-against-

DEPARTMENT OF CORR. SERV. AND COMM. SUPER. (DOCCS); ESU; CITY OF NEW YORK; DEPARTMENT OF CORRECTIONS,

          Defendants.

19-CV-9977 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 15, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 15, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge